1  JOSHUA N. KASTAN (SBN 284767)
   jnk@dkmlawgroup.com
2  **DKM LAW GROUP, LLP**
   535 Pacific Avenue, Suite 101
3  San Francisco, California 94133
   Telephone: 415.421.1100
4

5  Attorneys for Defendant,
   NUTRIEN AG SOLUTIONS, INC.
6

7

8                **UNITED STATES DISTRICT COURT**

9                **EASTERN DISTRICT OF CALIFORNIA**

10                      **FRESNO DIVISION**

11 | M.C. WATTE RANCHES, a California Partnership; | CASE NO. 1:21-at-01031
   | | *[Formerly Tulare County Superior Court Case No. VCU288780]*
12 | |
13 |         Plaintiff, | **DEFENDANT NUTRIEN AG SOLUTIONS, INC.'S NOTICE OF REMOVAL OF STATE ACTION UNDER 28 U.S.C. §§ 1332 AND 1441 [DIVERSITY JURISDICTION]**
   | vs. |
14 | |
   | NUTRIEN AG SOLUTIONS, a Delaware corporation; and DOES 1 through 25, inclusive, |
15 | | **DEMAND FOR JURY TRIAL**
16 |         Defendants. | Complaint Filed: September 23, 2021

---

**DEFENDANT NUTRIEN AG SOLUTION, INC.'S NOTICE OF REMOVAL OF STATE ACTION; DEMAND FOR JURY TRIAL**
**CASE NO. 1:21-at-01031**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant NUTRIEN AG SOLUTIONS, INC. ("Nutrien") hereby removes to this Court the state action described below.

1. Nutrien is a defendant in the civil action commenced on September 23, 2021, by Plaintiff M.C. Watte Ranches ("Plaintiff") in the Superior Court of the State of California, County of Tulare, Case No. VCU288780, entitled *M.C. Watte Ranches, a California Partnership v. Nutrien Ag Solutions, a Delaware corporation, and DOES 1 to 25, inclusive* ("State Court Action").

2. Plaintiff filed the original Summons and Complaint in the State Court Action on September 23, 2021. Service was perfected on Nutrien's registered agent for service of process on October 11, 2021. A true and correct copy of the Summons, Complaint (with exhibit thereto), and related case-initiating documents served on Nutrien's registered agent for service of process is attached hereto as **Exhibit A-1**.[1]

3. Nutrien timely filed its Answer and Demand for Jury Trial in the State Court Action on November 4, 2021. A true and correct copy of Nutrien's Answer, as well as the proof of service of the same on Plaintiff's counsel of record, are attached hereto as **Exhibit A-2**. A file-stamped copy of Nutrien's filed Answer and Demand for Jury Trial has not yet been received back from the Superior Court of the State of California, County of Tulare, but a copy of the same will be filed with this Court once it is received.

4. This notice of removal was filed within 30 days after receipt by Nutrien of the pleading setting forth the claim for relief against Nutrien. Furthermore, this case has been removed within one year of the commencement of this action pursuant to 28 U.S.C. Section 1446(c)(1). Nutrien's removal is therefore timely.

**JURISDICTION**

**A.     Removal Based on Diversity Jurisdiction**

5. This action is an action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court by Nutrien pursuant to the provision of 28

---

[1] Pursuant to 28 U.S.C. 1446(a), a true and correct copy of all process, pleadings and orders served in this case are attached hereto as **Exhibits A-1** through **A-3**.

U.S.C. § 1441(a), because: a) it is a civil matter wherein the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs, and; b) it is between citizens of different states.

6. Pursuant to 28 U.S.C. § 1446(d), Nutrien will also file a copy of this Notice of Removal with the Tulare County Superior Court and provide notice to Plaintiff.

7. Pursuant to 28 U.S.C. § 1446(a), copies of all pleadings, process, and orders served on Nutrien in this action will be filed concurrently with this Notice of Removal.

**B.    Complete Diversity of Citizenship Exists**

8. At the time of commencement of this action, and at all times since, Nutrien has been, and still is, a corporation that is a citizen of the states of Delaware and Colorado, being incorporated under the laws of Delaware, and having its principal place of business in Loveland, Colorado.

9. At the time of commencement of this action, and at all times since, Plaintiff has been and continues to be a partnership that is a citizen of the State of California. (Exhibit A-1, Complaint, at ¶ 6.) Plaintiff is a California partnership, with its principal place of business in Tulare, California. (*Id.*) The following partners comprise the M.C. Watte Ranches partnership:[2]

    a.  Joanne M. Watte, a citizen of California;

    b.  Joanne M. Watte, Trustee of the Mark C. Watte Marital Deduction Trust, a citizen of California;[3] and

    c.  Joanne M. Watte, Trustee of the Mark C. Watte Bypass Trust, a citizen of California.

10. At the time of the commencement of this action and at all times since, Nutrien was not incorporated under the laws of the State of California, nor did it maintain its principal place of business in California. Therefore, Nutrien is not a citizen of California.

11. As to the Doe Defendants, "[t]he citizenship of fictitious defendants is disregarded for removal purposes and becomes relevant only if and when the plaintiff seeks leave to substitute a

---

[2] For purposes of assessing diversity of citizenship and this Court's diversity jurisdiction, partnerships are citizens of each state or foreign country of which any partner is a citizen. (*Singh v. Am. Honda Fin. Corp.*, 925 F.3d 1053, 1064 (9th Cir. 2019).)

[3] For purposes of assessing diversity of citizenship and this Court's diversity jurisdiction, a trust has the citizenship of its trustee. (*Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).)

-2-

**DEFENDANT NUTRIEN AG SOLUTION, INC.'S NOTICE OF REMOVAL OF STATE ACTION; DEMAND FOR JURY TRIAL**
**CASE NO. 1:21-at-01031**

named defendant." (*See* Goldsmith v. CVS Pharmacy, Inc., CV 20-00750-AB (JCX), 2020 WL 1650750, at *3 (C.D. Cal. Apr. 3, 2020).)

12. Complete diversity of citizenship therefore exists because Plaintiff is a citizen of the State of California and Nutrien is a citizen of the States of Delaware and Colorado.

**C.   Minimum Amount in Controversy Exceeds $75,000.00**

**(1)   Complaint**

13. This is negligence claim related to crop damage allegedly suffered by Plaintiff. The fact that the amount in controversy exceeds the minimum requirement for diversity jurisdiction can be determined by the nature of the claims and the type of damages sought in the complaint. (28 U.S.C. §§ 1446(b)-(c).)

14. Plaintiff alleges that the merchantability of a nut harvest from its 625-acre orchard of pistachios was destroyed due to Defendant's negligence. (*See generally* Exhibit A-1, Complaint.) Plaintiff seeks in excess of $4,500,000.00 in damages. (*Id.*, at Prayer for Relief). While Nutrien disputes Plaintiff's claims and damages prayer, it is evident from the allegations in the Complaint that this amount far exceeds the $75,000 jurisdictional minimum amount in controversy requirement for assessing this Court's diversity jurisdiction.

**(2)   Attorney's Fees**

15. In addition, the Complaint asserts a claim for attorney's fees and costs. (Exhibit A-1, Complaint, at Prayer for Relief.) Attorney's fees damages are also sufficient to invoke the jurisdictional minimum. (*Galt G/S v. JSS Scandinavia,* 142 F.3d 1150, 1155-56 (9th Cir. 1998).)

16. Nutrien reserves its right to dispute any such claims relative to the existence, amount, and appropriateness of Plaintiff's claim for attorney's fees as a damage element. However, even without that demand for attorney's fees, the jurisdictional minimum is satisfied.

**STATE COURT PLEADINGS ATTACHED**

17. Pursuant to 28 U.S.C. § 1446(a), Nutrien has attached to this Notice all pleadings previously filed in the underlying state court action, attached as Exhibits A-1 through A-3 as follows:

- **Exhibit A-1** – Summons, Complaint (with exhibit thereto), Summons, Civil Case Cover Sheet (state court), and Alternative Dispute Resolution Package (state court);

- **Exhibit A-2** – Answer to Complaint and Demand for Jury Trial, Declaration of Service of same (state court); and
- **Exhibit A-3** – Plaintiff's Proof of Service of Summons and Complaint (state court).

## INTRADISTRICT VENUE

18.   Pursuant to E.D. Cal. L.R. 120(d), the appropriate venue assignment for this action is in the United States District Court for the Eastern District of California located in Fresno given that the civil action was removed from the Superior Court for the State of California, County of Tulare.

Dated:  November 8, 2021            **DKM Law Group, LLP**

By: _____
JOSHUA N. KASTAN
Attorneys for Defendant
NUTRIEN AG SOLUTIONS, INC.

## DEMAND FOR JURY TRIAL

Defendant NUTRIEN AG SOLUTIONS, INC. hereby demands a trial by jury.

Dated:  November 8, 2021            **DKM Law Group, LLP**

By: _____
JOSHUA N. KASTAN
Attorneys for Defendant
NUTRIEN AG SOLUTIONS, INC.