1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C. WATTE RANCHES,<br><br>Plaintiff,<br><br>v.<br><br>NUTRIEN AG SOLUTIONS,<br><br>Defendant. | Case No.  1:21-cv-01632-DAD-SAB<br><br>ORDER RE: STIPULATED MOTION TO FILE AMENDED COMPLAINT<br><br>(ECF No. 9) |

On September 23, 2021, Plaintiff M.C. Watte Ranches ("Plaintiff") filed this action in the Tulare County Superior Court against Nutrien AG Solutions ("Defendant").  (ECF No. 1-2.) Defendant filed its answer in state court prior to removal, on November 4, 2021.  (ECF No. 1-3.) Defendant removed the action to the Eastern District of California on November 8, 2021.  (ECF No. 1.)

On January 13, 2022, the Court issued a scheduling order.  (ECF No. 8.)  Pursuant to the scheduling order, the deadline to file any motion or stipulation requesting leave to amend the pleadings was set for April 15, 2022.  (Id. at 2.)

On April 15, 2022, the parties filed a stipulated motion for leave to amend the complaint to permit Plaintiff to add Brian Watte dba Brian Watte Farms as an additional defendant.  (ECF No. 9.)  The parties proffer that, if granted, Plaintiff shall file its first amended complaint, and

"shall promptly serve [Brian Watte] with a copy of the Summons, First Amended Complaint, and all pleadings and papers filed in the Action to date."  The parties additionally stipulate that Defendant Nutrien's response to the first amended complaint would be due thirty days after the first amended complaint is filed.  The Court is satisfied that good cause exists to grant the parties' requested relief.  Further, the Court shall set a schedule for the proposed filing and service dates.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   Plaintiff is GRANTED leave to file an amended complaint to add Brian Watte dba Brian Watte Farms as an additional Defendant (ECF No. 9);

2.   Plaintiff shall file the proposed amended complaint no later than **April 25, 2022**;

3.   Plaintiff shall promptly serve Brian Watte Farms and file proof of service with the Court no later than **May 16, 2022**; and

4.   Defendants' responses to the first amended complaint shall be filed no later than **June 17, 2022**.

IT IS SO ORDERED.

Dated:   __April 15, 2022__                          _____
                                                      UNITED STATES MAGISTRATE JUDGE

2