UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C. WATTE RANCHES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NUTRIEN AG SOLUTIONS, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01632-DAD-SAB<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND AND REMANDING ACTION TO TULARE COUNTY SUPERIOR COURT<br><br>(Doc. No. 14) |

　　　This matter was removed to this court from Tulare County Superior Court on November 8, 2021 by defendant Nutrien AG Soluations' motion on the basis of diversity jurisdiction. (Doc. No. 1.) On April 25, 2022, plaintiff filed a First Amended Complaint that added defendant Brian Watte d/b/a Brian Watte Farms to this action. (Doc. No. 11.) On June 9, 2022, the parties filed a joint stipulation to remand this action to Tulare County Superior Court, noting that the addition of Brian Watte destroys diversity jurisdiction. (Doc. No. 14 at 1–2.)

　　　Good cause appearing, the court therefore directs that this matter be remanded to the Tulare County Superior Court. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

　Dated:　**June 10, 2022**　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1